UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § | **H-10- 510** |
| vs. | | CRIMINAL NO. |
| HECTOR CASTILLO GARCIA, aka Hector Castillo, aka Hector Eduardo Castillo-Garcia, aka Hector Eduardo Castillo, aka Hector E. Castillo, | | United States Courts Southern District of Texas FILED JUL 21 2010 |
| Defendant. | | David J. Bradley, Clerk of Court |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about February 21, 2010, in the Houston Division of the Southern District of Texas,

**HECTOR CASTILLO GARCIA,**
aka Hector Castillo,
aka Hector Eduardo Castillo-Garcia,
aka Hector Eduardo Castillo,
aka Hector E. Castillo,

defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States after having been convicted of a felony, knowingly and unlawfully was present in the United States when found in Houston, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Sections 1326(a) & (b)(1)

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

JOSE ANGEL MORENO
United States Attorney

By: *(signature)*
JOE PORTO
Assistant United States Attorney